IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **THERESA BRADLEY,** | : | |
| **Plaintiff** | : | |
| v. | : | |
| **KEITH HALE, et al.,** | : | 5:06-CV-310(WDO) |
| **Defendants** | : | |

## ORDER

Plaintiff filed a motion for service of her complaint. Because the Court has already ordered service by the U.S. Marshal in the order granting Plaintiff's motion to proceed *in forma pauperis*, the motion for service is DISMISSED AS MOOT.

**SO ORDERED, this 11th day of October, 2006.**

S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE