IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **THERESA BRADLEY,** | : |
| **Plaintiff** | : |
| v. | : 5:06-CV-310 (WDO) |
| **KEITH HALE, GOVERNOR SONNY PURDUE and SECRETARY OF STATE CATHY COX,** | : |
| **Defendants** | : |

**ORDER**

This matter is before the Court on Plaintiff's motion to reconsider the previous order that denied her request to compel the State of Georgia to issue Plaintiff a professional license. A motion for reconsideration is not an opportunity for the movant to instruct the court on how it "could have done it better" the first time. Preserve Endangered Areas of Cobb's History v. United States Army Corps of Engineers, 916 F. Supp. 1557, 1560 (N.D. Ga. 1995). Absent the discovery of new evidence, an intervening change in the law or the issuance of binding authority contrary to the court's previous decision, a motion to reconsider is inappropriate. Id. at 1560-61. Plaintiff provided no legal or factual argument to support her motion to reconsider. Having found none, the Motion to Reconsider is DENIED.

**SO ORDERED this 9th day of January, 2007.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**