IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| THERESA BRADLEY, | : | |
| Plaintiff | : | |
| v. | : | 5:06-CV-310 (WDO) |
| KEITH HALE, et al., | : | |
| Defendants | : | |

## ORDER

This matter is before the Court on Plaintiff's motion to proceed on appeal *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(a), a district court must compare the filer's assets with her liabilities in order to determine whether she satisfies the poverty requirement. Martinez v. Kristi Kleaners, Inc., 364 F.3d 1305, 1309 (11th Cir. 2004). Plaintiff's reason given for her inability to pay the appeal filing fees is that she lost her savings in the stock market after September 11, 2001. However, Plaintiff did not show that she is actually unable to pay the costs and fees associated with the appeal of this case. Moreover, the appeal Plaintiffs seeks to pursue cannot be taken in good faith because it is frivolous and without merit. 28 U.S.C.A. § 1915(a)(3). Plaintiff's motion to proceed *in forma pauperis* on appeal is therefore denied.

SO ORDERED this 10th day of January, 2007.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE